FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIDIA HERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SERGIO NAVARRO,<br><br>  Defendant. | No. 1:24-CV-3194-MKD<br><br>ORDER DISMISSING CASE |

On December 2, 2024, the Court issued an Order directing Plaintiff to show cause within 14 days as to why the Court should not dismiss this case for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(h)(3). ECF No. 3. Plaintiff's response does not assert a basis for this Court's jurisdiction. ECF No. 4. The Court, having reviewed the record and being fully informed, dismisses the case without prejudice for the reasons articulated in its prior Order. *See* ECF No. 3 at 1-2.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(h)(3).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **enter judgment**, provide a copy to Plaintiff, and **CLOSE** the file.

DATED December 17, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2